# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ANDREA MELINDA GLEATON ) | Case No: 3:01CR00130-002 |
| ) | USM No: 17328-058 |
| Date of Previous Judgment: 7/22/2003 ) | Aaron Michel |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ■ **DENIED.**   ❏ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 | |
| Criminal History Category: | I | Criminal History Category: | I | |
| Previous Guideline Range: | 120 to 135 months | Amended Guideline Range: | 120 to 120 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❏ The reduced sentence is within the amended guideline range.
❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   No reduction due to mandatory minimum sentence of 10 years (120 months). Defendant is ineligible for reduction under Amendment 706 because the guideline range was unchanged under USSG §5G1.1.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated   7/22/2003   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   September 14, 2009

Effective Date: _____
(if different from order date)

Martin Reidinger
United States District Judge